Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 11−10041−MS
> Chapter: 7
> Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Elizabeth Ann Silver
  aka Elizabeth Silver−Fagan, aka Elizabeth
  SilverFagan, aka Elizabeth Fagan
  615 Forest Drive
  Springfield, NJ 07081

Social Security No.:
  xxx−xx−8289

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

>    List of All Creditors (Matrix).

2. This case will be dismissed on January 18, 2011, unless the missing documents are received on or before that date by the Clerk of the Court at:

> U.S. Bankruptcy Court
> MLK Jr Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before January 18, 2011.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.


Dated: January 4, 2011
JJW: jmp

> James J. Waldron
> Clerk

> If the schedules you file list more creditors than were included on the list of
> creditors(matrix) filed with your petition, you must file with your schedules
> an amended list of creditors(matrix), listing only those creditors being added,
> and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1).

You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.