Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 11−10041−MS
                Chapter: 7
                Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elizabeth Ann Silver
    aka Elizabeth Silver−Fagan, aka Elizabeth
    SilverFagan, aka Elizabeth Fagan
    615 Forest Drive
    Springfield, NJ 07081

Social Security No.:
    xxx−xx−8289

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Gary S. Jacobson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 27, 2011</u>                <u>Morris Stern</u>
                                        Judge, United States Bankruptcy Court